FILED
2026 Apr-01  AM 09:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| PRAYSHANA PATRICE WASHINGTON,<br><br>    Petitioner,<br><br>v.<br><br>JENNIFER BORTON, Warden, et al.,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 7:25-cv-01026-ACA-NAD<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OPINION

Petitioner Prayshana Patrice Washington filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (Doc. 1).  The magistrate judge entered a report recommending that the court dismiss the petition based on Ms. Washington's failure to prosecute her claims. (Doc. 13). The magistrate judge advised Ms. Washington that she had fourteen days to file objections. (*Id.* at 2). Although the report and recommendation was returned as undeliverable (docs. 14 & 15), the court previously informed Ms. Washington that it was her "responsibility to keep the Court informed of [her] current address" and warned her that failure to do so would result in dismissal of the action. (Doc. 2).

The court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **MODIFIES** the report solely to clarify that Ms. Washington's failure to update

her address serves as an independent reason for dismissal. *See* Fed. R. Civ. P. 41(b).

The court **WILL DISMISS** this case **WITHOUT PREJUDICE**.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this April 1, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE